FILED
OCT 07 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:26 CR 461 |
| v. | ) | CASE NO. JUDGE KNEPP MAGISTRATE JUDGE CLAY |
| BRYANT J'SHAWN GATES, | ) | Title 18, United States Code, Section 922(a)(6) |
| Defendant. | ) | |

COUNT 1
(False Statement During Purchase of Firearms, 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

1. On or about July 25, 2026, in the Northern District of Ohio, Western Division, Defendant BRYANT J'SHAWN GATES, in connection with the acquisition of a firearm, to wit: a Global Precision Parts, Inc. multi-caliber AH-15, bearing serial number AM15-23220 from Towers Armory in Oregon, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false or fictitious oral or written statement, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm to Defendant under Chapter 44 of Title 18 in that Defendant falsely represented that he was the actual transferee or buyer of the firearms and was not acquiring the firearms on behalf of another person, in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

ORIGINAL